UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG JAMES MARR,
    Petitioner,

No. 1:07-cv-629

-v-

HONORABLE PAUL L. MALONEY

CARMEN PALMER,
    Respondent.

## **JUDGMENT**

Having dismissed Petitioner Marr's habeas action filed under 28 U.S.C. § 2254, pursuant to Fed. R. Civ. P. 58, this **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date: March 24, 2011            /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           Chief United States District Judge